Robert Arlin COCHRAN, Appellant,

v.

UNITED STATES of America, Appellee.

No. 24999.

United States Court of Appeals, Ninth Circuit.

Nov. 13, 1970.

William Flenniken, Jr., of Manzella & Flenniken, San Francisco, Cal., for appellant.

Richard K. Burke, U. S. Atty., JoAnn D. Diamos, Asst. U. S. Atty., Tucson, Ariz., for appellee.

Before HAMLEY, MERRILL and KOELSCH, Circuit Judges.

PER CURIAM:

The denial of the application for relief under 28 U.S.C. § 2255 is affirmed on the authority of United States v. Weber, 429 F.2d 148 (9th Cir. 1970).